# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 16-10429 |
| | ) | |
| **David Lee Mullin,** | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Arthur I. Harris |

## MOTION TO SUSPEND TRUSTEE PAYMENTS

**COMES NOW** Debtor David Lee Mullin, by and through the undersigned attorney, and for his Motion states as follows:

    1. Debtor filed his Chapter 13 Bankruptcy case on January 29, 2016.

    2. Debtor is requesting this Honorable Court to suspend Chapter 13 Plan payments for one month.

    3. Debtor's union has gone on strike against his employer, General Motors LLC. See attached.

    4. It is in the best interest of Debtor and Debtor's Estate for Debtor to continue with his Chapter 13 Plan.

                                                    **RESPECTFULLY SUBMITTED,**

                                                    /s/ David M. Benson
                                                    David M. Benson (0062540)
                                                    1422 Euclid Avenue, Suite 970
                                                    Cleveland, Ohio 44115
                                                    (216) 241-2510
                                                    David@DavidBensonLaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished:

**By the Court's electronic filing system**

- **Adam Bradley Hall**    amps@manleydeas.com
- **Lauren A. Helbling**    ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com

- **United States Trustee**  (Registered address)@usdoj.gov

**By regular United States Mail**

|David Lee McMullen |19 Carousel Lane |Olmsted Township, OH 44138|

>/s/ David M. Benson
>David M. Benson (0062540)