# COMMUNITY SERVICE COMMITTEE (CSC)
# STRIKE GUIDELINES & HELPFUL INFORMATION

Contact persons by shift:

1st: Malinda Daugherty: Dept 33
　　　Melissa Schroyer-Ruiz: Dept 50
　　　Lynn Howard: Dept 50
　　　Darlene Acree: Crib

2nd: Jason Greene: Dept 15
　　　Liz Wood-Greene: Dept 83

3rd: Jeff Matis: Dept 43
　　　Nicole Hinojosa Weaver: Dept 50

### Responsibilities as a Union Brother/Sister

Strike pay per week is $250.00. The first week is a waiting week with no compensation until last week of strike. Each member will have a four (4) hour responsibility to strike and must sign up. We plan to cover four (4) gates with six (6) members at each gate, with six (6) shifts per day seven (7) days a week. 12am (midnight)-4 am, 4am-8am, 8am-12pm (noon), 12pm (noon)-4pm, 4pm-8pm, and 8pm-12am (midnight). Strike captains will be determined by Shop Committee and will be available when picketing. Strike schedule will be comprised by Strike Committee and should coincide with each members' shift. However, you may not be scheduled during the time of your shift. Each member is responsible for their designated time slot. If you cannot fill your time slot, you are responsible to trade with another member to fill the designated time slot, and must notify Strike Committee (8) eight hours in advance before changing your time slot. Every active member must show up to strike. Retirees are permitted to walk picket lines/strike. Family & friends are allowed on picket lines as well. Some members may have prior vacations scheduled, and the union will work with those members for scheduling strike duty. Membership will also take into consideration, those members who have a long-distance drive for strike scheduling. To receive strike pay, you must come in to the Union Hall in person! No one else can pick up your check for you. NO EXCEPTIONS. The time your check is available is determined by the International Union. This may or may not coincide with your strike duty.

Be prepared when picketing. Do not resort to any type of vandalism. Alcohol/illegal substances are not permitted on strike lines. Please be sober and coherent on picket lines. We do not want any arrests from Parma Police. **DO NOT TALK TO THE MEDIA / NEWS REPORTERS, PLEASE DIRECT THEM TO THE UAW LOCAL 1005 HALL FOR ANY AND ALL INFORMATION.** Do not park your vehicle on GM property. Park at the Union Hall. There will be a shuttle at the hall to transport members from the hall to gates. We will be addressing all access points of entry to the building. When picketing, members must keep moving, do not stand in one place to hinder incoming traffic. Please use your best judgement, and do not put yourself in danger. Do not stand in the middle of driveways, however, you may walk back and forth on public property (sidewalk). CSC members, E-board, Union officials, Benefits Reps, and

supplemental members, will be at the hall every day to answer questions, and help members with any concerns they may have.

It is recommended that you attend your strike duty assignment. <u>REMEMBER: WE ARE NOT A RIGHT TO WORK STATE!</u> If you do not show up for your scheduled time, you will not be eligible for strike pay, and benefits.

### Sick Leave and Workers Comp

If you are currently on sick leave/workers comp at the time of the strike occurs, you are <u>not responsible</u> for strike duty. Please do not show up for strike duty. General Motors will deem this as a violation as you are able to work, and possibly revoke any benefits you are receiving. If you are on sick leave/workers comp at the time of a strike, your benefits will continue until your doctor releases you to go back to work. You are not entitled to strike pay if you are receiving sick and accident benefits, or receiving workers compensation.

When your sick leave expires, please see someone at the Union Hall or Community Service person, to re-enter into the general workforce. You must be escorted by someone from the Union to the plant to see the Plant Doctor for a release. After the exam is over, and you are cleared to come back to work, inform Management, and the doctor that: "I am on strike, and would now like to leave the building". You will then be escorted out of the plant by a member of Management.

Your medical benefits will continue to be in effect until during the strike. Prescriptions will be covered. Dental benefits will not be covered. Vision benefits will not be covered. Hearing aides are not covered. Please continue to use your regular medical card until it is denied. Please visit the union hall for a new identification card.

### Aramark/ AVI

Aramark & AVI will be allowed to cross the strike line the first day of strike in order to receive instructions from their employer.

### Acquiring work (Supplemental Job) during strike

Members may acquire supplemental or additional employment during the strike. However, if you earn more than $250.00 per week, you will not receive strike pay. The work you acquire at the time of the strike, shall be from a legitimate business or company, to qualify for nonpayment. **<u>EVEN IF YOU ALREADY HAVE A SECOND SOURCE OF INCOME PRIOR TO A STRIKE AND EARN THE $250 YOU ARE NOT ELIGIBLE FOR STRIKE PAY.</u>** You are ineligible for unemployment benefits if you refuse strike pay or otherwise, since there is a refusal of work.

### Additional help and services while on strike

There are many community action committees that help people in time of need. Additional organizations are always being added and updated with contact information and procedures for assistance. The CSC is constantly researching for

additional organizations and updating the list. Local churches and food banks are willing to help out in time of need as well.

## Monthly Bills for Household

It would be helpful that you contact your mortgage company, auto loan companies and utility companies to explain the situation at hand, immediately, as a strike occurs. DO NOT WAIT! Hopefully they are understanding enough to help work through the difficult times we all go through. Sample letters will also be available that can be presented to these organizations for a detailed explanation.

## Fidelity PSP / MetLife / Credit Union / Life Insurance / Child Support / Alimony

PSP & loan information: It would benefit individuals' members, if so a strike does occur, and those wishing to take a loan from their PSP, to complete the loan process before we go on strike. If you try to apply for a loan against your PSP after we strike, Fidelity will declare that you are not employed, and cannot make payments, resulting in the declination of the loan. If you take a loan against your PSP and do not make timely payments, you will be subject to a penalty. Any and all types of life insurance through Met-Life (Life Insurance) must be made to keep in good standing. i.e the payments that are deducted every week from your check. Please call any and all automatic bill payee, to set up payments, and explain situation at hand. Any deductions processed from your check such as alimony / child support must be paid. Please contact these organizations to make arrangements.

Met Life: Group Life Insurance
    Policy: 1-888-543-3461　　　　M-F 7:30am – 6 pm
    Online Technical Support: 1-866-363-8669　　　M-F 8am – 11pm

Fidelity
    General Account Specific Questions: 1-800-972-2155
    Employee Sponsored Benefit Plans: 1-800-835-5097

Best Reward Credit Union
    216-367-8000　M,T,Thr: 8:30am – 4:45pm, W: 9:30am – 4:45pm, F: 8:30am – 4:45pm
    Online Bill Pay: 1-855-678-3961　　Routing #:241073951

## Misc.

More information will be posted on the UAW Local 1005 website as it arises. A hotline informational phone number with a recorded message with strike information can be reached at 1-440-884-7979 ext 18. This will be an automated message to validate strike activity. No messages can be left. Please update all your personal information with the Union Hall. If any member has any questions regarding the potential possibilities of a strike they can contact their CSC rep by shift or see any union official.



Union Hall Location: BIG RED DOT